UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSHUA HUFFMAN, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-705 |
| | § | |
| EVANS TRANSPORTATION SERVICES, INC., *et al*, | § § § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiffs' Motion to Remand (Doc. 12); Judge Stacy's Memorandum and Recommendation (Doc. 26) that the Court grant the Plaintiffs' Motion to Remand; and Defendant's Objections (Doc. 27) to the Memorandum and Recommendation.

The Court has reviewed the case, *de novo*, and agrees with the Magistrate Judge's conclusion that Plaintiffs' claims against Defendant Evans Transportation Services, Inc. do not fall within the preemption provision of 14 U.S.C. § 14501(c)(1) and/or are otherwise excepted from preemption under 14 U.S.C. § 14501(c)(2)(A); and therefore those claims are not completely preempted by federal law. Accordingly, the Court hereby

**ORDERS** that Defendant's Objections (Doc. 27) are **OVERRULED**; the Memorandum and Recommendation (Doc. 26) is **ADOPTED**; and Plaintiffs' Motion to Remand (Doc. 12) is **GRANTED**. It is further

**ORDERED** that this case is hereby **REMANDED** to the 281st Judicial District Court of Harris County, Texas.

SIGNED at Houston, Texas, this \_\_\_28th\_\_\_ day of August 2019.

　　　　　　　　　　　　　　　　　　ANDREW S. HANEN
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE